IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | |
|---|---|
| BRIAN GALLAGHER, | ) |
| Plaintiff, | ) ) ) |
| vs. | ) ) |
| THOMAS J. DART, SHERIFF OF COOK COUNTY ILLINOIS, THE COOK COUNTY MERIT BOARD; JAMES P. NALLY, CHAIRMAN; VINCENT T. WINTERS, BOARDMEMBER; PATRICK BRADY, BOARDMEMBER; GRAY MATEO-HARRIS, BOARDMEMBER; KIM R. WIDUP, BOARDMEMBER; BRYON T. BRAZIER, BOARDMEMBER; JENNIFER E. BAE, BOARDMEMBER and JOHN J. DALICANDRO, BOARDMEMBER, | ) ) ) ) ) ) ) ) ) ) ) ) ) No.: 1:17-cv-08028  Judge Sara Ellis |
| Defendants. | ) |

**JOINT STATUS REPORT**

On March 11, 2020, this Court granted Defendant Thomas J. Dart's motion for partial summary judgement and entered judgement in favor of Dart on Plaintiff's FMLA claim, Count III of Plaintiff's Amended Complaint. (Dkt. 85).[1] Plaintiff has reported that he intends to voluntarily dismiss the remaining claim, Count I, for administrative review of the Cook County Sheriff's Merit Board decision to terminate him, which should put an end to this matter.

---

[1] Counts II and IV of Plaintiff's Amended Complaint were dismissed by Judge St. Eve on April 5, 2018 (Dkt. 33).

1

Respectfully submitted,

/s/ Sarah R. Marmor
Sarah R. Marmor
Suzanne Milne Alexander
SCHARF BANKS MARMOR LLC
333 West Wacker Drive, Suite 450
Chicago, IL 60606
Ph. 312-726-6000
smarmor@scharfbanks.com
salexander@scharfbanks.com

*Attorneys for Defendant Thomas J. Dart, Sheriff of Cook County, Illinois*


/s/ Lyle Henretty
Lyle Henretty
COOK COUNTY STATE'S ATTORNEY'S OFFICE
69 W. Washington St. Suite 2030
Chicago, IL 60602
Lyle.henretty@cookcountyil.gov

*Attorney for Defendant Cook County Merit Board*


/s/ Donald J. Angelini, Jr.
Donald John Angelini, Jr.
Carly E. Kenny
ANGELINI & ORI, LLC
155 N. Michigan Ave. Suite 400
Chicago, IL 60601
dangelini@aoalawoffice.com
ckenny@aoalawoffice.com

*Attorneys for Plaintiff Brian Gallagher*

## **CERTIFICATE OF SERVICE**

   I, Sarah R. Marmor, an attorney, hereby certify that on May 15, 2020, I filed the foregoing using the Court's CM/ECF system, which will send e-mail notification of the filing to counsel for all parties. This document is available for viewing and downloading via the CM/ECF system.

                /s/ Sarah R. Marmor