# UNITED STATES DISTRICT COURT
## FOR THE Northern District of Illinois – CM/ECF LIVE, Ver 6.3.3
### Eastern Division

Brian Gallagher

                         Plaintiff,

v.                                                     Case No.: 1:17−cv−08028
                                                      Honorable Sara L. Ellis

The Cook County Merit Board, et al.

                        Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Monday, November 2, 2020:

      MINUTE entry before the Honorable Sara L. Ellis: Pursuant to stipulation [93] this case is voluntary dismissed with prejudice pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii). Civil case terminated. Mailed notice(rj, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.